## Third Department, October, 1934.

In the Matter of the Claim of CHARLES HOLMES, Respondent, v. WALLABOUT BASIN STORAGE AND TERMINAL CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument of motion to dismiss appeal denied. In the event that the case is ready to be submitted by the appellants at the current term, the order dismissing the appeal is vacated and the appeal reinstated, with ten dollars costs to the State Industrial Board against the appellants. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

## Fourth Department, October, 1934.

CHARLES MUGAVRO, Respondent, v. ÆTNA INSURANCE COMPANY, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the finding of the jury to the effect that the defense relating to the fire being set by the plaintiff directly or indirectly is against the weight of the evidence. All concur, except Crosby, J., who dissents and votes for affirmance in the following memorandum: While the circumstances surrounding this fire are such as to excite suspicion of plaintiff's guilt in causing it, the burden was upon defendant to establish it, and the record amply justified the jury in finding that defendant did not bear its burden. The difficulty of believing that someone other than plaintiff caused the fire is not greater than the difficulty of believing that plaintiff caused a fire without any motive. He was not over-insured, and he was not pressed for ready money, and I cannot see that this is a case for the court's interference with the verdict of the the jury. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM CLASH, Alias WILLIAM STEWART, Appellant, v. JOSEPH H. BROPHY, as Warden of Auburn State Prison, Auburn, N. Y., Respondent.— Order affirmed, without costs. All concur. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANCIS KELLY, Appellant, v. JOSEPH H. BROPHY, as Warden of Auburn Prison, Auburn, N. Y., Respondent. — Order affirmed, without costs. · Memorandum. Passing the question as to whether the points raised by the relator are open in a habeas corpus proceeding we are of the opinion that the plea of the relator given in the form appearing in the papers included an admission that the relator at the time of the commission of the crime was armed with a pistol. This being so, the record sufficiently shows that the court had before it at the time of the pronouncement of the sentence sufficient evidence that the relator was armed and the provisions of section 1944 of the Penal Law were properly applied. All concur. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

ANNA E. KELLY, Appellant, v. ACKRO THEATRICAL ENTERPRISES, INC., Respondent.— Judgment affirmed, with costs. Neither negligence in defendant which contributed to the· mishap nor freedom from negligence in the plaintiff was sufficiently proved to raise a jury question. All concur. Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.